UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD STOWE,

    Plaintiff,

v.                                                          Case No. 1:15-cv-91
                                                                         Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  March 24, 2016          /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge